**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

No. 0:22-cv-62333-RAR

MT. HAWLEY INSURANCE COMPANY,

    Plaintiff,

v.

PLYMOUTH PLAZA, LLC,

    Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    Attorney Adam Topel, Esq., files this notice of change of address in the above-captioned case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Butler Weihmuller Katz Craig, LLP
    400 North Ashley Drive
    Suite 2300
    Tampa, FL 33602
    Tel: 813-281-1900
    Fax: 813-281-0900

    Respectfully submitted,

    BUTLER WEIHMULLER KATZ CRAIG LLP

    /s/ Adam M. Topel
    FAY E. RYAN, ESQ.
    Florida Bar No. 0965944

        fryan@butler.legal
        ADAM M. TOPEL, ESQ.
        Florida Bar. No. 113916
        atopel@butler.legal
        Secondary: bmoore@butler.legal
        400 North Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone: (813) 281-1900
        Facsimile: (813) 281-0900
        *Counsel for Plaintiff, Mt. Hawley Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing notice has been served to all counsel of record on January 20, 2023 via the CM/ECF system.

        /s/ Adam M. Topel
        ADAM M. TOPEL