UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:22-cv-62333-RAR

MT. HAWLEY INSURANCE COMPANY,

    Plaintiff,

v.

PLYMOUTH PLAZA, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF STRIKING**
**NOTICE OF MEDIATION**

Plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley"), pursuant to the Clerk's Notice to Filer (D.E. 64) issued August 11, 2023, hereby files this Notice of Striking the Notice of Mediation (D.E. 63) filed August 10, 2023, as the wrong CM/ECF event was selected. Mt. Hawley is simultaneously refiling the Notice of Mediation pursuant to the Clerk's express instructions.

    Respectfully submitted,

    BUTLER WEIHMULLER KATZ CRAIG LLP

    /s/   Fay E. Ryan
    FAY E. RYAN, ESQ.
    Florida Bar No.:  0965944
    fryan@butler.legal
    ADAM M. TOPEL, ESQ.
    Florida Bar No.:  113916
    atopel@butler.legal
    Secondary:  bmoore@butler.legal
    400 North Ashley Drive, Suite 2300
    Tampa, Florida 33602
    Telephone: (813) 281-1900
    Facsimile: (813) 281-0900
    *Counsel for Plaintiff, Mt. Hawley Insurance Company*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served to all counsel of record on August 11, 2023 via the CM/ECF system.

/s/ Fay E. Ryan
FAY E. RYAN, ESQ.