UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:22-cv-62333

MT. HAWLEY INSURANCE COMPANY,
    Plaintiff,

v.

PLYMOUTH PLAZA, LLC,
    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS NINE AND TEN TO AMENDED RESPONSE (D.E. 171) TO DEFENDANT'S MOTION TO COMPEL DISCOVERY (D.E. 165)**

Plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley"), hereby files Exhibits Nine and Ten to its Amended Response (D.E. 171) to Defendant, Plymouth Plaza, LLC's ("Plymouth")'s Motion to Compel Discovery (D.E. 165), consisting of Mt. Hawley's Amended Responses to Plymouth's Second Requests for Production (Exhibit 9) and Mt. Hawley's Amended Responses to Plymouth's Second Interrogatories (Exhibit 10).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served to all counsel of record on February 3, 2025 via the CM/ECF system.

                                          BUTLER WEIHMULLER KATZ CRAIG LLP
                                          /s/   Fay E. Ryan
                                          FAY E. RYAN, ESQ.
                                          Florida Bar No.:  0965944
                                          fryan@butler.legal
                                          ADAM M. TOPEL, ESQ.
                                          Florida Bar No.:  113916
                                          atopel@butler.legal
                                          Secondary e-mail address: cwhite@butler.legal
                                          400 North Ashley Drive, 2300, Tampa, FL 33602
                                          Tel: (813) 281-1900; Fax: (813) 281-0900