| | |
|---|---|
| From: | "Daniel Rosenthal" <daniel@dbrlawfirm.com> |
| To: | "Fay Ryan" <fryan@butler.legal> |
| Date: | 11/18/2025 12:34:28 AM |
| Subject: | MT. Hawley v. Plymouth Plaza: Costs Sought pursuant to 28 USC 1920 and Local Rule 7.3 |
| Attachments: | Matrix of Costs Sought 28 USC 1920.docx |
| | costs form.pdf |

Fay –

Good evening.  We intend to seek our costs in accordance with 28 USC 1920 and Local Rule 7.3.  I attach a draft costs form, to which we will attach our matrix of costs, above.  All of the accompanying records of the referenced costs are contained within this dropbox file: https://www.dropbox.com/t/oK9uz9ASk4RRAIWS   .  Please note that the costs associated with the production of Elliot Katz documents were for Cole Scott to provide its files of his documents (which included many non-relevant documents) and then to have our vendor, Pictera, search those files for the thousands of pages we produced from Mr. Katz relevant to the lawsuit.

Please let us know whether you consent or object to our motion for costs in accordance with the attached documents.

Please copy Rob on all communications as I may be in trial.

Thanks,
Daniel

Daniel B. Rosenthal, Esq.
**DBR Law, P.A.**
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
(561) 853-0991 (work)
(561) 414-3622 (cell)
daniel@dbrlawfirm.com
www.dbrlawfirm.com

AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                      *Date*
the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

                                 TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____     Date: _____
   *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*             *Deputy Clerk*           *Date*

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Print**    **Save As...**    **Reset**

**PREVAILING PARTY COSTS SOUGHT BY PLYMOUTH PLAZA, LLC PURSUANT TO 28 U.S.C. § 1920 AND SOUTHERN DISTRICT OF FLORIDA LOCAL RULE 7.3**

| Vendor | Invoice Number | Invoice Date | Nature of Work | Amount Paid |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| Esquire Reporting | 3149947 | 6.16.25 | Katz Exhibits | 15.60 |
| Fernandez Court Reporters | 38457 | 3.8.24 | 2.23.24 discovery hearing | 348.75 |
| Cole Scott | N/A | 3.20.25 | IT – Katz documents | 400.00 |
| Pictera Document Solutions | 84856 | 5.30.25 | Katz Document searches and production-related tasks | 3,000.00 |
| Esquire Reporting | 3139233 | 6.4.25 | Freidus Depo. Tr. | 1,637.30 |
| Rock Legal | Job 2025002947 | 4.20.25 | Subpoena service SLB | 130.92 |
| Rock Legal | Job 2025002874 | 4.20.25 | Subpoena service SLB | 48.52 |
| Rock Legal | Job 2025002808 | 4.20.25 | Subpoena service YA Engineering | 48.52 |
| Rock Legal | Job 2025002922 | 4.20.25 | Subpoena service Majestic | 48.52 |
| Rock Legal | Job 2025002809 | 4.20.25 | Subpoena service Majestic | 130.92 |
| Fernandez Court Reporters | 42460 | 6.3.25 | YA Engineering Dep. | 1089.30 |
| Fernandez Court Reporters | 42340 | 5.20.25 | Brownell Dep | 175.00 |
| Fernandez Court Reporters | 42337 | 5.22.25 | Majestic Dep. | 421.80 |
| Fernandez Court Reporters | 42575 | 5.28.25 | Marsh Dep. | 1,454.40 |
| Esquire Reporting | 3148860 | 6.13.25 | Katz Dep. | 926.25 |
| Esquire Reporting | 3113635 | 5.9.25 | Freidus 30.b.6 | 323.90 |

| Esquire Reporting | 3125469 | 5.21.25 | Cantrell Dep. | 1,217.25 |
| --- | --- | --- | --- | --- |
| Esquire Reporting | 3127017 | 5.22.25 | Katz Dep. | 990.25 |
| Esquire Reporting | 3130672 | 5.27.25 | Korson Dep. | 323.35 |
| Esquire Reporting | 3130907 | 5.27.25 | Korson Tr. | 849.35 |
| Fernandez Court Reporters | 42600 | 6.18.25 | White Dep. | 2,106.30 |
| Fernandez Court Reporters | 42454 | 6.2.25 | Ralston Dep. | 585.00 |
| Fernandez Court Reporters | 42439 | 5.31.25 | Brownell Dep. | 2,481.00 |
| Fernandez Court Reporters | 42780 | 7.31.25 | Brownell & Kotara follow-on Dep. | 2,096.10 |
| SD Fla. Transcript | N/A | 8.18.25 | Hearing transcript 7.28.25 | 240.90 |
| Fernandez Court Reporters | 37474 | 11.13.23 | Discovery hearing transcript | 630.00 |
| Esquire Reporting | 3181175 | 7.17.25 | Forgue Dep. | 1,352.50 |
| Esquire Reporting | 3140125 | 9.10.25 | Ramcharan Dep. | 1,003.20 |
| Accurate Reporting | N/A | 4.18.23 | 4.11.234 hearing transcript | 54.00 |