| | |
|---|---|
| From: | "Robert Friedman" <rob@friedmanpa.com> |
| To: | "Fay Ryan" <fryan@butler.legal> |
| Date: | 11/19/2025 3:26:00 PM |
| Subject: | RE: MT. Hawley v. Plymouth Plaza: Costs Sought pursuant to 28 USC 1920 and Local Rule 7.3 |

Fay, in follow up to Daniel's e-mail, we are also seeking attorneys' fees under both 626.9373 and 768.79.  The FRCP and local rules allow us to seek a ruling as to entitlement to fees before submitting the fee detail, which is what we plan to do.  I know we have discussed this before and you have stated your opposition but I just want to confirm that Mt. Hawley will be contesting our entitlement to fees under both statutes.  Please confirm so that we can notify the court of your position when we file our motion.  Thank you.

Robert H. Friedman
Friedman P.A.
340 Royal Poinciana Way, Suite 317-202
Palm Beach, FL 33480
Phone: 561-800-2110
Fax: 561-246-3413
www.friedmanpa.com
www.insurancelawflorida.com

---

**From:** Daniel Rosenthal <daniel@dbrlawfirm.com>
**Sent:** Monday, November 17, 2025 7:34 PM
**To:** Fay Ryan <fryan@butler.legal>
**Cc:** Adam Topel <atopel@butler.legal>; rob@friedmanpa.com; Renee Natoli <renee@dbrlawfirm.com>
**Subject:** MT. Hawley v. Plymouth Plaza: Costs Sought pursuant to 28 USC 1920 and Local Rule 7.3

Fay –

Good evening.  We intend to seek our costs in accordance with 28 USC 1920 and Local Rule 7.3.  I attach a draft costs form, to which we will attach our matrix of costs, above.  All of the accompanying records of the referenced costs are contained within this dropbox file: https://www.dropbox.com/t/oK9uz9ASk4RRAIWS    .  Please note that the costs associated with the production of Elliot Katz documents were for Cole Scott to provide its files of his documents (which included many non-relevant documents) and then to have our vendor, Pictera, search those files for the thousands of pages we produced from Mr. Katz relevant to the lawsuit.

Please let us know whether you consent or object to our motion for costs in accordance with the attached documents.

Please copy Rob on all communications as I may be in trial.

Thanks,
Daniel

Daniel B. Rosenthal, Esq.
**DBR Law, P.A.**
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
(561) 853-0991 (work)
(561) 414-3622 (cell)
daniel@dbrlawfirm.com
www.dbrlawfirm.com